UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**FILED**

MAY 24 2011

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Christina Edenshaw

CASE NUMBER: 04-01207

PLEASE CHECK ONE:

__X__  UNCLAIMED ~~DIVIDENDS~~ Funds

_____  DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Christina Edenshaw debtor<br>4660 Reka Dr |  | 1998.44 |

RECEIPT # 21808
FEE: $1998.44 INT $

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 1998.44

DATE: 5/23/11

_____
TRUSTEE

| Date: 05/16/11 | Check Number: 1001 | Amount: 1,998.44 |
|---|---|---|
| Case Number: 04-01207    DMD | | |
| Debtor Name: EDENSHAW, CHRISTINA ANN | | |

| Paid To: | **CHRISTINA ANN EDENSHAW**<br>**4660 REKA DR**<br>**ANCHORAGE, AK 99508** | Trustee: | WILLIAM M. BARSTOW, TRUSTEE<br>00 West 34st PMB 905<br>Anchorage AK 99503 |
|---|---|---|---|

**NO ASSET**

Description: NO ASSET    5/16/11

undeliverable

Bank Account Number: 4437758167

---

| Date: 05/23/11 | Check Number: 1002 | Amount: 1,998.44 |
|---|---|---|
| Case Number: 04-01207    DMD | | |
| Debtor Name: EDENSHAW, CHRISTINA ANN | | |

| Paid To: | United States Bankruptcy Court<br>AK | Trustee: | WILLIAM M. BARSTOW, TRUSTEE<br>00 West 34st PMB 905<br>Anchorage AK 99503 |
|---|---|---|---|

Description: NO ASSET

Bank Account Number: 4437758167